# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LELA HERRINGTON, JOY
HERRINGTON PETERS, LISA
HERRINGTON SMITH, CHRISTY
HERRINGTON, AND LAURA
HERRINGTON

VERSUS

UNION PACIFIC RAILROAD
COMPANY, JARED BABIN, CARRON
A. BOURGEOIS, PAUL D. REED,
ABC INSURANCE COMPANY, AND
XYZ COMPANY

NO.  2022 CW 0209

**JUNE 06, 2022**

---

In Re:    Lela   Herrington,   Joy   Herrington   Peters,   Lisa
          Herrington   Smith,   Cristy   Herrington   and   Laura
          Herrington,   applying   for   supervisory   writs,   18th
          Judicial   District   Court,   Parish   of   Iberville,   No.
          076304.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

  **WRIT GRANTED WITH ORDER.** The district court's November 30, 2021 judgment is a final, appealable judgment. See La. Code Civ. P. art. 1915. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to the plaintiffs, Lela Herrington, Joy Herrington Peters, Lisa Herrington Smith, Cristy Herrington, and Laura Herrington, pursuant to the notice of intent to seek writs filed on December 13, 2021. See **In re Howard,** 541 So.2d 195 (La. 1989) (*per curiam*). In the event plaintiffs seek to appeal the district court's judgment, they shall submit a new order for appeal to the district court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT